UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                )         BK No.:    15-18199
JEFFREY A NELSON                          )
 CELESTE M NELSON                       )
                                                         )         Chapter:  13
                                                         )         Honorable Jack Schmetterer
                                                         )
                                                         )
            Debtor(s)                              )

## ORDER DISMISSING FOR FAILURE TO MAKE PLAN PAYMENTS

This matter coming before the court on Trustee's Motion to Dismiss, due notice having been given and the court having heard the facts presented;

IT IS THEREFORE ORDERED that this case is dismissed on the Trustee's motion for material default by the debtor with respect to a term of a confirmed plan, pursuant to § 1307 (c) (6).

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  May 25, 2016

**Prepared by:**