Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 15–18199
Chapter: 13
Judge: Jack B. Schmetterer

In Re:

| | |
|---|---|
| Jeffrey Alan Nelson | Celeste Marie Nelson |
| 1840 Maryland Drive | 1840 Maryland Drive |
| Elk Grove Village, IL 60007 | Elk Grove Village, IL 60007 |

Social Security / Individual Taxpayer ID No.:
xxx–xx–4792                          xxx–xx–2342

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on May 25, 2016

FOR THE COURT

Dated: May 25, 2016                 Jeffrey P. Allsteadt , Clerk
                                    United States Bankruptcy Court